FILED

JAN 15 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EUGENE EVAN BAKER,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>ERIC H. HOLDER, Jr., Attorney General, in his official capcity as Attorney General of the United States; et al.,<br><br>　　　　Defendants - Appellees. | No. 13-56454<br><br>D.C. No. 2:10-cv-03996-SVW-AJW<br>Central District of California, Los Angeles<br><br>ORDER |

The appellant's motion to stay appellate proceedings pending resolution of the petition for rehearing in *United States v. Chovan*, No. 11-50107, is granted in part. Appellate proceedings are stayed until May 19, 2014.

At or prior to the expiration of the stay of appellate proceedings, the appellant shall file the opening brief or file a motion for appropriate relief. If the opening brief is filed, the answering brief will be due June 18, 2014. The optional reply brief is due within 14 days after service of the answering brief.

In the absence of a motion, the stay of appellate proceedings will terminate without further notice.

　　　　　　　　　　For the Court:

　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　Clerk of Court

　　　　　　　　　　Grace Santos
　　　　　　　　　　Deputy Clerk
　　　　　　　　　　Ninth Circuit Rule 27-7/Advisory Note to Rule 27
　　　　　　　　　　　and Ninth Circuit 27-10

GS　01/13/2014/Pro Mo