UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EUGENE EVAN BAKER,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>ERIC H. HOLDER, Jr., Attorney General, in his official capcity as Attorney General of the United States; et al.,<br><br>        Defendants - Appellees. | No. 13-56454<br><br>D.C. No. 2:10-cv-03996-SVW-AJW<br>Central District of California, Los Angeles<br><br>ORDER |

     The appellant's unopposed motion to further stay appellate proceedings 180 days pending the filing of the petition for writ of certiorari with the United States Supreme Court in *United States v. Chovan*, Ninth Circuit Docket No. 11-50107, is granted. Appellate proceedings are stayed until November 3, 2014.

     At or prior to the expiration of the stay of appellate proceedings, the appellant shall file the opening brief or file a motion for appropriate relief. If the opening brief is filed, the answering brief is due December 3, 2014. The optional reply brief is due within 14 days after service of the answering brief.

GS   05/05/2014/Pro Mo

No. 13-56454

In the absence of a motion, the stay of appellate proceedings will terminate without further notice.

        For the Court:

        MOLLY C. DWYER
        Clerk of Court

        Grace Santos
        Deputy Clerk
        Ninth Circuit Rule 27-7/Advisory Note to Rule 27
           and Ninth Circuit 27-10

GS   05/05/2014/Pro Mo