UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EUGENE EVAN BAKER, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General; et al., <br><br> Defendants - Appellees. | No. 13-56454 <br><br> D.C. No. 2:10-cv-03996-SVW-AJW <br> Central District of California, Los Angeles <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion for full remand to the district court for further proceedings is denied without prejudice to raising the arguments in the opening brief.

The opening brief is due February 17, 2016. The answering brief is due March 18, 2016. The optional reply brief is due within 14 days after service of the answering brief.

SR/MOATT