UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 18 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EUGENE EVAN BAKER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>LORETTA E. LYNCH, Attorney General, in his official capcity as Attorney General of the United States; et al.,<br><br>        Defendants - Appellees. | No. 13-56454<br><br>D.C. No. 2:10-cv-03996-SVW-AJW<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

The answering brief submitted on April 15, 2016 is filed.

Within 7 days of this order, appellee is ordered to file 7 copies of the brief in paper format, with a red cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939.

For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Khanh Thai
Deputy Clerk